**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Western Division**

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                        Case No.: 3:25–cr–50057
                                        Honorable Iain D. Johnston

Brett H. Sanborn

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 25, 2026:

      MINUTE entry before the Honorable Iain D. Johnston as to Brett H. Sanborn (1): Status report [18] received and reviewed. A supplemental report shall be filed by 5/19/2026. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.